**Order entered February 8, 2023**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00874-CV**

**THE THEATRE OF LEGACY L.P. AND ANGELIKA PLANO HOLDINGS LLC, Appellants**

**V.**

**THE SHOPS AT LEGACY (RPAI) L.P., Appellee**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-02958-2021**

**ORDER**

Before the Court is appellee's February 6, 2023 third motion for extension of time to file its reply brief. We **GRANT** the motion and extend the time to **February 21, 2023.** We caution appellee that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE